IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES BAUSLEY**
**ADC # 357214** **PLAINTIFF**

v. 3:14-cv-237-DPM

**CITY OF JONESBORO;**
**SUN NEWSPAPER; DUSTIN AZLIN;**
**CHANCEY SIMMONS; and**
**MIKE HARRIS** **DEFENDANTS**

ORDER

I recuse because I represented the newspaper for many years. A person could reasonably question my impartiality in handling this case against the newspaper and one of its reporters. The Clerk should reassign this case at random by chip exchange.

*D.P. Marshall Jr.*
United States District Judge

15 October 2014