# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHARLES BAUSLEY,**  **PLAINTIFF**
**ADC # 357214**

v.   CASE NO. 3:14CV00237 BSM

**CITY OF JONESBORO et al.**  **DEFENDANTS**

## ORDER

Plaintiff filed his complaint [Doc. No. 2] in conjunction with an Application to Proceed Without Prepayment of Fees and Affidavit [Doc. No.1]. After reviewing plaintiff's litigative history, however, the magistrate judge determined that he was a "three-striker" within the meaning of 28 U.S.C. § 1915(g) [Doc. No. 5]. Plaintiff was directed to pay the full filing fee within fourteen days of the magistrate's order. He has not done so and his claims will be dismissed without prejudice.

IT IS SO ORDERED this 18th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE