## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHARLES BAUSLEY,**  **PLAINTIFF**
**ADC # 357214**

**v.**  **CASE NO. 3:14CV00237 BSM**

**CITY OF JONESBORO et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE